# Exhibit A
## Statement of Claim
## Plaintiff Diane Delicia Bowen

**Unpaid Minimum and Overtime Wages**

| Period[1] | Weeks[1] | Hours Worked[1] | Federal Minimum Wage Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|
| 4/13/15 - 4/19/15 | 1.00 | 55 | $ 7.25 | $ 290.00 | $ 180.00 | $ 470.00 |
| | | | | $ 290.00 | $ 180.00 | $ 470.00 |

| | |
|---|---|
| Total Unpaid Minimum Wages[1] = | $ 290.00 |
| Total Unpaid Overtime Wages[1] = | $ 180.00 |
| Total Liquidated Damages[1] = | $ 470.00 |
| Total[1] = | $ 940.00 |

[1] Numbers are averages, estimates, and/or approximates. Time and payroll records are in the possession and/or control of Defendants. The amount of damages claimed in this statement of claim, and the amount of damages claimed in the Complaint, may change as information is uncovered through the discovery process.